FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2020

SEAN F. McAVOY, CLERK

PENALTY SLIP
SECOND SUPERSEDING INDICTMENT
4:20-CR-06002-SAB-6

DEFENDANT:  **JOSE ALACALA ORTEGA**

TOTAL NO. COUNTS:  1

VIO: **21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 - Conspiracy to Possess With Intent to Distribute 50 Grams of Actual (Pure) Methamphetamine**

PENALTY: **CAG not less than 10 years nor more than life; and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a;
and *deportation***

NOTICE OF FORFEITURE ALLEGATIONS

CASE NO.    4:20-CR-6002-SAB-6

AUSA INITIAL    SAV