FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE ALCALA ORTEGA,

    Defendant.

Case No.: 4:20-CR-06002-SAB-6

Order To Seal Second Superseding Indictment

IT IS HEREBY ORDERED that the Indictment is sealed until further order of the Court or until the Defendant's arrest, whichever comes first.

DATED this 21st day of July, 2020.

_____
John T. Rodgers
United States Magistrate Judge