UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LUIS ALCALA ORTEGA<br>Defendant. | No. 20-CR-6002-SAB-6<br><br>WAIVER OF SPEEDY TRIAL |

I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from January 24, 2022 to March 21, 2022. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

_Luis Ortega_
Defendant

Date: 11/15/21

KEN THERRIEN
Printed Name of Attorney

Counsel for Defendant

Date: 11/15/21

_Interpreter_

WAIVER OF SPEEDY TRIAL