KEN THERRIEN
413 NORTH SECOND STREET
YAKIMA, WA 98901
509.457.5991

<u>Attorney for:</u>
LUIS ALCALA ORTEGA

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### (Honorable Stanley A. Bastian)

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LUIS ALCALA ORTEGA,<br><br>        Defendant. | NO.   20-CR-6002-SAB-6<br><br>MOTION TO EXPEDITE<br><br>**July 13, 2022 at 6:30 PM**<br>**Richland, WA – Without Oral Argument** |

TO:     CLERK OF THE COURT, EASTERN DISTRICT OF WASHINGTON
AND TO: STEPHANIE VAN MARTER, Assistant United States Attorney

    COMES NOW the Defendant, LUIS ALCALA ORTEGA, by and through his attorney of record, Ken Therrien, and moves the Court to consider on an expedited basis, Defendant Luis Alcala Ortega's Motion to Expedite Time of Hearing with regards to the Defendant's Motion and Declaration for Extension of Time to File Objections and Sentencing Memorandum.

    This motion is based upon the Declaration of Ken Therrien submitted with the Motion and Declaration for Extension of Time to File Objections and Sentencing Memorandum.

MOTION TO EXPEDITE
Page  1

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

Dated this 13th day of July, 2022.

        */s/ Ken Therrien*
        KEN THERRIEN, WSBA #20291
        Attorney for Luis Alcala Ortega
        413 North Second Street
        Yakima, WA  98901
        (509) 457-5991
        Fax: (509) 457-6197
        kentherrien@msn.com

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury of the laws of the State of Washington that on July 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Stephanie Van Marter, Assistant United States Attorney

        *s/ Ken Therrien*
        KEN THERRIEN, WSBA #20291
        Attorney for Luis Alcala Ortega
        413 North Second Street
        Yakima, WA  98901
        (509) 457-5991
        Fax: (509) 457-6197
        kentherrien@msn.com

MOTION TO EXPEDITE
Page  2

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991